**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

ROBERT J MCINTOSH and
YOSHIE K MCINTOSH,

                Debtors.

No.    09-16002-MLB

**RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

COMES NOW U.S. Bank N.A., holder of an obligation secured by a deed of trust on the debtors' residence, and evidenced by Proof of Claim No. 4 on the Court's Claims Registry, by and through its undersigned counsel, hereby confirms that:

1.      The debtors have paid in full the amount required to cure any default on the claim; and

2.      The loan ending in 8081 is current and next due for a regular payment on August 1, 2014.

Dated this 17th day of July, 2014.

                              By:*/s/ Katie A. Axtell*
                              Katie A. Axtell, WSBA #35545
                              Bishop, Marshall, and Weibel, P.S.
                              Attorney for U.S. Bank N.A.

RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT - 1

**Bishop, White, Marshall, and Weibel, P.S.**
720 Olive Way, Suite 1201
Seattle, WA 98101
(206) 622-5306 Fax (206) 622-0354

Case 09-16002-MLB    Doc 74    Filed 07/17/14    Ent. 07/17/14 15:20:39    Pg. 1 of 1